IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION |
| | ) | No. 1:14CR-84(SD)(GGB) |
| ARTAVIUS BROWN | ) | |
| | ) | |

MOTION TO WITHDRAW GUILTY PLEA

Comes now, ARTAVIUS BROWN, Defendant in the above-styled action, by and through undersigned counsel, and requests that this Court grant him permission to withdraw his guilty plea.

(1)

Mr. Brown was originally indicted for an armed bank robbery in violation of 18 U.S.C. 2112(d) and 18 USC 924(c).

(2)

The government has alleged that Mr. Brown was involved in a number of additional armed robberies.

(3)

On March 19, 2014, Mr. Brown waived his right to have a grand jury indict him and agreed to proceed upon an information that charged him with two violations of 18 U.S.C. §924(c).

(4)

On that same date, this Court entered a guilty plea to a two count information which subjected Mr. Brown to a thirty two (32) year sentence.

(5)

Mr. Brown has instructed undersigned counsel to move to withdraw the guiloty plea that was entered into on March 19, 2014.

WHEREFORE, Mr. Brown respectfully requests this Court allow him to withdraw his guilty plea.

Dated, this the 5th of June, 2014.

Respectfully submitted,

*s/Jeffrey L. Ertel*
JEFFREY L. ERTEL
State Bar No. 249966
FEDERAL DEFENDER PROGRAM, INC.
Suite 1500
101 Marietta Street
Atlanta, Georgia 30303
(404) 688-7530
jeff_ertel@fd.org

ATTORNEY FOR. MR. BROWN

CERTIFICATE OF SERVICE

I hereby certify that the foregoing has, pursuant to Local Rule 5.1, has been formatted in Times New Roman, 14 Point, electronically filed and served upon counsel:

>Ms. Angela Garland, Esq.
>Mr. John Ghose
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Spring Street, S. W.
>Atlanta, Georgia  30335

Dated, this the 5th of June, 2014.

*s/Jeffrey L. Ertel*